HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
JOSE MARTINEZ SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ SANTOYO,<br>Petitioner,<br><br>vs.<br><br>LASHA BOYDEN, et al.,<br>Defendants. | Case No.  2:25-cv-02656-TLN-CKD<br><br>ORDER GRANTING TEMPORARY STAY OF EXTRADITION |

The Court hereby temporarily STAYS the extradition of Mr. Martinez while it considers his Motion for a Stay of Extradition pending his habeas petition in this Court.

DATED: September 24, 2025

_____
CHIEF JUDGE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE