UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE TRINIDAD M.S.,[1]

Petitioner,

v.

LASHA BOYDEN, et al.,

Respondents.

No. 2:25-cv-2656-TLN-CKD

**ORDER**

Petitioner filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations. (ECF No. 22.) Respondents filed a reply to those objections. (ECF No. 23.) The Court has carefully considered these filings.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 21, 2025 (ECF No. 21) are ADOPTED in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED; and

3. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

DATE: September 22, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE